**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROSE NORDSTROM,

    Plaintiff,

v.                                        CASE NO.:  8:17-cv-00903-SCB-TBM

SYNCHRONY BANK,

    Defendant.

---

**NOTICE OF PENDING SETTLEMENT**

Plaintiff**,** ROSE NORDSTROM, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, ROSE NORDSTROM, and Defendant, SYNCHRONY BANK, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                              */s/Amanda J. Allen, Esq.*
                                              **Amanda J. Allen, Esq**.
                                              Florida Bar No.:  98228
                                              THE CONSUMER PROTECTION FIRM, PLLC
                                              4030 Henderson Blvd.
                                              Tampa, FL 33629
                                              Telephone: (813) 500-1500
                                              Facsimile: (813) 435-2369
                                              Amanda@TheConsumerProtectionFirm.com
                                              Shenia@TheConsumerProtectionFirm.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on July 16, 2018, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

        */s/Amanda J. Allen, Esq.*
        **Amanda J. Allen, Esq.**
        Florida Bar No.: 98228
        THE CONSUMER PROTECTION FIRM, PLLC
        4030 Henderson Blvd.
        Tampa, FL 33629
        Telephone: (813) 500-1500
        Facsimile: (813) 435-2369
        Amanda@TheConsumerProtectionFirm.com
        Shenia@TheConsumerProtectionFirm.com
        *Attorney for Plaintiff*