**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROSE NORDSTROM,

    Plaintiff,

v.                                                CASE NO.: 8:17-cv-00903-SCB-TBM

SYNCHRONY BANK,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, ROSE NORDSTROM, and the Defendant, SYNCHRONY BANK, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Brandon T. White, Esq.* |
| **Amanda J. Allen, Esquire** | **Brandon T. White, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 0106792 |
| Amanda@TheConsumerProtectionFirm.com | bwhite@reedsmith.com |
| The Consumer Protection Firm, PLLC | Reed Smith LLP |
| 4030 Henderson Blvd. | 1001 Brickell Bay Dr., Suite 900 |
| Tampa, FL 33629 | Miami, FL 33131 |
| Tele: (813) 500-1500 | Tele: (786) 747-0222 |
| Fax: (813) 435-2369 | Fax: (786) 747-0299 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I certify that on August 9, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                  *s/Amanda J. Allen, Esq.*
                                  **Amanda J. Allen, Esquire**
                                  Florida Bar No. 98228
                                  Amanda@TheConsumerProtectionFirm.com
                                  Shenia@TheConsumerProtectionFirm.com
                                  THE CONSUMER PROTECTION FIRM, PLLC
                                  4030 Henderson Blvd.
                                  Tampa, FL 33629
                                  Tele:  (813) 500-1500
                                  Fax:  (813) 435-2369
                                  ***Attorney for Plaintiff***